UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:21-CR-78-1FL(4)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **INDICTMENT** |
| | ) | |
| SORAYA PAKTIAWAL | ) | |
| a/k/a "Vickie Soraya Paktiawal" | ) | |

The Grand Jury charges that:

On or about August 26, 2016, in the Eastern District of North Carolina, the defendant, SORAYA PAKTIAWAL, also known as "Vickie Soraya Paktiawal," an alien, did knowingly make a false statement and claim that she was a citizen of the United States in order to register to vote in a Federal, State, and local election, in violation of Title 18, United States Code, Section 1015(f).

A TRUE BILL

REDACTED VERSION
Pursuant to the E-Government Act and the
federal rules, the unredacted version of
this document has been filed under seal.

FOREPERSON

2/17/2021
DATE

ROBERT J. HIGDON, JR.
United States Attorney

BY: SEBASTIAN KIELMANOVICH
Assistant United States Attorney